IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| DAVID DWAYNE CASSADY, AKA DANA MARIE CASSADY, <br><br> Plaintiff, <br><br> v. <br><br> GREGORY DOZIER, et al., <br><br> Defendants. | * <br> * <br> *   Case No. 7:18-CV-158(HL) <br> * <br> * <br> * |

# **J U D G M E N T**

Pursuant to this Court's Order dated March 31, 2022, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiff shall recover nothing of Defendants. Defendants shall also recover costs of this action.

This 31st day of March, 2022.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk